UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>                Plaintiffs,<br><br>     v.<br><br>JTS COMMUNITIES, INC., a California corporation; J & L PROPERTIES, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>                Defendants. | No. CIV. S-14-1328 LKK/CKD<br><br>**ORDER** |

Counsel for plaintiff has filed a Notice of Settlement in the above-captioned case. The court now orders that the dispositional documents disposing of the case be filed no later than thirty (30) days from the effective date of this order.

All hearing dates heretofore set in this matter are hereby **VACATED.**

FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO

1

<u>CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>

   IT IS SO ORDERED.

   DATED:  August 12, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT